MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG  (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone:  (408) 535-5084
   Fax:  (408) 535-5066
   E-Mail:  John.Glang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                         )<br>    Plaintiff,                )<br>                                         )<br>   v.                            )<br>                                         )<br>DENNIS LAMAR HARROUN,    )<br>                                         )<br>    Defendant.            )<br>_____) | No.  CR 11-00090-DLJ<br><br>GOVERNMENT'S SENTENCING MEMORANDUM |

    The Government hereby files the following reply to the Presentence Report ("PSR") and its Sentencing Memorandum in this case.

    The government concurs in the findings and recommendation contained in the PSR filed in the above-entitled case, and requests that the court sentence the defendant to a term of 42 months of imprisonment consecutive to the term of imprisonment the defendant is currently serving in Santa Cruz County Superior Court Case No. F19343, which is the sentence that the parties stipulated in the plea agreement that the court should impose in this case, and six months less

///

///

GOVERNMENT'S SENTENCING MEMORANDUM
CR 11-00090-DLJ

1 | than the maximum term of imprisonment for the offense of conviction.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: 11/26/12

/S/

JOHN N. GLANG
Assistant United States Attorney

GOVERNMENT'S SENTENCING MEMORANDUM
CR 11-00090-DLJ                         2