# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

**FILED**
NOV 17 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

**Name of Offender**
Dennis Lamar Harroun

**Docket Number**
0971 5:11CR00090-015 DLJ

**Name of Sentencing Judge:** The Honorable D. Lowell Jensen
Senior United States District Judge

**Date of Original Sentence:** December 6, 2012

**Original Offense**
Count 16: Use of a Communication Facility to Facilitate the Commission of a Drug Trafficking Crime, in violation of 18 U.S.C. § 843(b), a Class E Felony.

**Original Sentence:** Forty-two (42) months imprisonment, followed by one year supervised release.
**Special Conditions:** $100 special assessment; provide access to financial information; no new lines of credit; participate in a program of testing and treatment for drug abuse; mental health treatment; warrantless search; no possession or access to cellular phones without permission; no possession of police scanners; no contact with any of the codefendants in this case; no possession of firearms or other dangerous weapons; cooperate in the collection of DNA.

This case has been assigned as a duty matter to the Honorable Beth Labson Freeman.

**Prior Form(s) 12:** None

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
John N. Glang

**Date Supervision Commenced**
January 19, 2017
**Defense Counsel**
Camellia Baray (Appointed)

**RE:** Harroun, Dennis Lamar  2
0971 5:11CR00090-015

### Petitioning the Court

To modify the conditions of Supervised Release as follows:

The defendant shall reside for a period of up to six months, to commence upon release from the Bureau of Prison and upon inauguration of his term of supervised release, at a Residential Reentry Center, Halfway House, or similar residential facility, and shall observe the rules of that facility.

### Cause

The client's term of supervised release is scheduled to commence January 19, 2017. However, he has no viable release plan at this time; as a result he has agreed to reside in a halfway house for up to six months after his release. We are hopeful that the extension at the halfway house will allow the client ample time to secure his own residence.

Respectfully submitted,                              Reviewed by:

_____                      _____
Tanisha M. Sanford                                   Amy Rizor
U.S. Probation Officer Specialist                    Supervisory U.S. Probation Officer
Date Signed: November 5, 2015

---

THE COURT ORDERS:

[X] To modify the conditions of probation as follows:

  The defendant shall reside for a period of up to six months, to commence upon release from the Bureau of Prison and upon inauguration of his term of supervised release, at a Residential Reentry Center, Halfway House, or similar residential facility, and shall observe the rules of that facility.

[ ] Submit a request for a summons

[ ] Submit a request for a warrant

[ ] Other:

Nov 9, 2015                                          _____
Date                                                 Beth Labson Freeman
                                                     United States District Court Judge

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Dennis Lamar Harroun
Docket No.: 0971 5:11CR00090-015 DLJ

---

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision

---

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside for a period of up to six months, to commence immediately upon release from the Bureau of Prisons and upon inauguration of his term of supervised release, in a Residential Reentry Center, Halfway House, or similar residential facility and shall observe the rules of the facility.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at San Jose.

Signed: *Dennis L Harroun*
Probationer or Supervised Releasee
Date: 11-4-15

Witness: *[signature]*
Date: 11.04.2015

NDC-SUPV-FORM-049 09/01/2013